UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VALERIE MARI BISSETT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. CV 09-4050-AHM (AGR)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

　　　Pursuant to this court's Order Re: Further Proceedings of June 10, 2009, Plaintiff's motion for summary judgment, and points and authorities in support of the relief requested, was to be filed and served no later than 30 days after the Answer and Certified Administrative Record were filed.  (Dkt. No. 6 at 2.)  The Answer and Certified Administrative Record were filed on September 8, 2009.  (Dkt. Nos. 8-9.)  Accordingly, Plaintiff's motion for summary judgment should have been filed and served 30 days later on October 8, 2009.

　　　To date, Plaintiff has not filed a motion for summary judgment.  Accordingly, **no later than November 9, 2009, Plaintiff is ordered to show cause** why this case

should not be dismissed for failure to prosecute and to abide by court orders. Filing of Plaintiff's motion for summary judgment on or before November 9, 2009, shall be deemed compliance with this Order to Show Cause.

If Plaintiff does not file a motion for summary judgment or timely respond to this order to show cause on or before November 9, 2009, this court will recommend dismissal without prejudice for failure to prosecute and/or failure to follow court orders.

DATED: October 14, 2009

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE